IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICK CLARK                                                                                        PLAINTIFF

V.                                          NO. 3:05CV00160-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

### JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE